Rickey Ivie (#76864)
Jennifer R. Jacobs (#157609)
**IVIE, McNEILL & WYATT**
444 S. Flower Street, Suite 1800
Los Angeles, California 90071
(213) 489-0028 / (213) 489-0552 fax
Email: jjacobs@imwlaw.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES**
and **JULIAN WALLACE, M.D.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MARTIN GONZALEZ,<br><br>*Plaintiff,*<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity; JULIAN WALLACE M.D., a public employee, previously identified as DOE 1; Does 2-10<br><br>*Defendants.* | Case No.: 2:16-CV-6305 PSG (JCx)<br>*Hon. Philip S. Gutierrez, Ctrm. 880, Roybal*<br>*Hon. Mag. Jacqueline Chooljian, Ctrm. 20, Spring St.*<br><br>[~~proposed~~] **JUDGMENT**<br><br>**MATTER FOR DETERMINATION BY THE HON. PHILIP S. GUTIERREZ** |

The Court, having granted the motion of Defendants Julian Wallace, M.D. and the County of Los Angeles ("Defendants") to dismiss the Second Amended

Complaint filed by Plaintiff Edgar Martin Gonzalez ("Plaintiff") pursuant to Federal Rules of Civil Procedure 12(b)(6) based on the Court's determination that the Second Amended Complaint fails to state a claim upon which relief can be granted,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows: The Second Amended Complaint is DISMISSED with prejudice.

DATED: ___5/30/17_____      __PHILIP S. GUTIERREZ_____
                                 Hon. Philip S. Gutierrez,
                                 United States District Judge